IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00642-WYD-KLM

GEORGE ALLENKALINI DUTRO,

    Plaintiff,
v.

CCA - CROWLEY COUNTY CORRECTIONAL FACILITY CONTRACTOR FOR CDOC,
JUDY BRIZENDINE, Medical HAS, individually and as agent for CCA,
DR. SUTTON, individually and as agent for CCA,
DR. CABILING, individually and as agent for CCA,
DR. OBBA, individually and as agent for CCA, and
RENAE JORDAN, individually and as agent for CCA,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV -6 2009

GREGORY C. LANGHAM
                CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 6th day of November, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-00642-WYD-KLM

George Allenkalini Dutro
Prisoner No. 126111
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Lucy Hernandez – **CERTIFIED**
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700
**SERVICE DOCUMENTS FOR:**
**Crowley County Corr. Facility, Judy Brizendine,**
**Dr. Sutton, Dr. Cabiling, Dr. Obba, and Renae Jordan**


     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Luch Hernandez for service of process on Crowley County Corr. Facility, Judy Brizendine, Dr. Sutton, Dr. Cabiling, Dr. Orba, and Renae Jordan: AMENDED COMPLAINT FILED 9/21/09, ORDER FILED 11/04/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/6/09    .

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                              Deputy Clerk