IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00642-WYD-KLM

GEORGE ALLENKALINI DUTRO,

    Plaintiff,

v.

CCA - CROWLEY COUNTY CORRECTIONAL FACILITY CONTRACTOR FOR CDOC,
JUDY BRIZENDINE, Medical HAS, individually and as agent for CCA,
DR. CABILING, individually and as agent for CCA,
DR. OBBA, individually and as agent for CCA, and
RENAE JORDAN, individually and as agent for CCA,

    Defendants.

## ORDER AFFIRMING AND ADOPTING ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court in connection with an Order and Recommendation of United States Magistrate Judge issued on February 7, 2011. Magistrate Judge Mix ordered therein that an Order to Show Cause issued by Minute Order of December 20, 2010, be made absolute, and recommended that the case be dismissed with prejudice as a sanction for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Magistrate Judge Mix also recommended that pending Motions for Summary Judgment by Defendants be denied as moot.

By way of background, the Order to Show Cause stated examples of how Plaintiff had failed to prosecute the case and directed him to show cause why his case should not be dismissed pursuant to Rule 41(b). Plaintiff did not show cause why the case should not be dismissed or respond in any way to that Order. He also had not

previously responded to Defendants' Motions for Summary Judgment or contacted the Court in any way since filing a Notice of Change of Address on August 9, 2010.

The Recommendation stated that because Plaintiff is proceeding *pro se*, the Court gave him multiple opportunities to comply with its orders and prosecute his case. (Recommendation at 2.)  Magistrate Judge Mix analyzed the appropriate factors set forth in *Ehrenhaus v. Reynolds*, 965 F.2d 916, 921 (10th Cir. 1992) in determining whether a dismissal of the case is warranted.  (*Id.* at 3-6.) She ultimately concluded, among other things, that no sanction less than dismissal would be effective, as nothing in the record excuses Plaintiff's neglect in failing to contact the Court or respond to the Order to Show Cause and Motions for Summary Judgment.  (*Id.* at 6.)  She further recommended that the dismissal should be with prejudice, rather than without prejudice. (*Id.*)

Magistrate Judge Mix advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Recommendation at 6-7.)  Despite this advisement, no objections were filed.  No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the

Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  See Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  Indeed, I agree with Magistrate Judge Mix's analysis of the appropriate sanction, and find that a dismissal with prejudice is warranted as a sanction for Plaintiff's failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  I find that this sanction is also supported by Plaintiff's failure to object to the Recommendation, as this further shows Plaintiff's lack of interest in the case.

Based upon the foregoing, it is

ORDERED that the Order and Recommendation of United States Magistrate Judge filed February 7, 2011 is **AFFIRMED AND ADOPTED**.  In accordance therewith, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).  It is

FURTHER ORDERED that Defendants' Motions for Summary Judgment (ECF Nos. 68 and 71) are **DENIED AS MOOT**.

DATED this 10th day of March, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).