IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00642-WYD-KLM

GEORGE ALLENKALINI DUTRO,

    Plaintiff,

v.

CCA - CROWLEY COUNTY CORRECTIONAL FACILITY CONTRACTOR FOR CDOC,
JUDY BRIZENDINE, Medical HAS, individually and as agent for CCA,
DR. CABILING,  individually and as agent for CCA,
DR. OBBA,  individually and as agent for CCA, and
RENAE JORDAN,  individually and as agent for DOC,

    Defendants.

## ORDER

THIS MATTER comes before the Court on Defendant Renae Jordan's Motion to Correct Designation of Defendant Jordan in the Final Judgment.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Defendant Renae Jordan's Motion to Correct Designation of Defendant Jordan (ECF No. 79), filed March 17, 2011, is **GRANTED.**  Judgment shall be amended to correct the designation of Renae Jordan to reflect that she was sued individually and as an agent for DOC (rather than individually and as an agent for CCA).

Dated this 18th day of March, 2011.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                CHIEF UNITED STATES DISTRICT JUDGE